UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEWIS Y. LIU,

Plaintiff,

-v.-

SECRETARY OF THE U.S. DEPARTMENT OF COMMERCE,

Defendant.

26 Civ. 2496 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On March 26, 2026, Plaintiff Lewis Liu brought this action challenging the constitutionality of the apportionment of the United States House of Representatives following the 2020 Census. ECF No. 1. On April 3, 2026, the Court referred this case to Magistrate Judge Ona T. Wang for all purposes except trial. ECF No. 10. Defendant Secretary of the U.S. Department of Commerce moved to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) on August 28, 2026. *See* ECF No. 20. On September 30, 2026, Judge Wang entered a stipulation and order under which Defendant consented to Plaintiff's filing of an amended complaint. ECF No. 25. On October 9, 2026, Plaintiff filed an amended complaint. ECF No. 26. Accordingly, Defendant's motion to dismiss the complaint, ECF No. 20, is hereby DENIED as moot. *See* ECF No. 25.

The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

Dated: October 13, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge