UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEWIS Y. LIU, Plaintiff, | : | 26-CV-2496 (JHR) (OTW) |
| -against- | : | **ORDER** |
| SECRETARY OF THE U.S. DEPARTMENT OF COMMERCE, Defendant. | : | |

**ONA T. WANG, United States Magistrate Judge:**

The Court received the attached “Motion for Permission for Electronic Case Filing” from Plaintiff Lewis Y. Liu on October 15, 2026. Permission for individual parties to participate in electronic case filing is usually only granted to parties who are representing themselves. Plaintiff appears to be represented by Yu-Xi Liu from the Law Office of Yu-Xi Liu, Esq. Therefore, Plaintiff should not need to file documents on his own behalf.

If Plaintiff wishes to *view* filings in this action, he may 1) request them from his counsel, 2) create a PACER account at https://pacer.uscourts.gov/register-account, or 3) visit the Southern District of New York’s Records Management Department at the Daniel Patrick Moynihan U.S. Courthouse in Room 370 between the hours of 8:30 a.m. and 4:30 p.m.

Counsel for Plaintiff is directed to file a status letter by **November 2, 2026** alerting the Court to any remaining electronic case filing issues.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 28, 2026
New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lewis Y. Liu

~~Secretary of Commerce~~

Write the full name of each plaintiff or petitioner.

-against-

The U.S. Secretary of Commerce in his official capacity

Write the full name of each defendant or respondent.

No. 26 CV 2496

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.
2. I completed the Court's CM/ECF introduction course[1] on 10/15/2026.
3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.
4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.
5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.
6. I know how to convert a document to PDF-A format.
7. I have regular access to the technical requirements necessary to e-file successfully:

☑ a computer with internet access and a word processor

type of computer I will be using: HP laptop

RECEIVED SDNY PRO SE OFFICE 2026 OCT 15 PM

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: MS Word

☑ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☑ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: HP officejet

☑ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

Adobe Acrobat

☑ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

10/15/2026
Dated

[signature]
Signature

Lewis Y. Liu
Name

35-76 163rd Street Flushing NY 11358
Address City State Zip Code

347-237-0192
Telephone Number

equalvoteamerica@gmail.com
E-mail Address
equalvoteameria@gmail.com.

# UNITED STATES DISTRICT COURT

*Southern District of New York*

Awarded To

# LEWIS LIU

For Completing the Court's CM/ECF Introduction Course

Awarded the 15th of October 2026

Lourdes Aquino, Director of Operations